**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　**Plaintiff,**<br>　　v.<br>**DONALD MEADOWS,**<br>　　　　**Defendant.** | **Case No. 2:11CR49**<br>**Judge Peter C. Economus**<br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　　　This matter is before the Court upon the Magistrate Judge's Report and Recommendation ("R&R") that the Court **ACCEPT** Defendant Donald Meadows' ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 11.)

　　　　On March 7, 2011, the Government filed an Information against Defendant. (Dkt. # 1.) On March 28, 2011, Defendant executed a Consent to Proceed with Conditional Guilty Before a United States Magistrate Judge. (Dkt. # 9.)  Also on March 28, 2011, a hearing was held in which Defendant entered a plea of guilty to Count One of the Information, negligently violating the conditions of an NPDES permit by failing to dispose of collected slurries in such a manner as to prevent entry of those wastes into waters of the state., in violation of 33 U.S.C. § 1319(c)(1). The Magistrate Judge received Defendant's guilty plea and issued an R&R, recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 11.)

　　　　Neither party objected to the Magistrate Judge's R&R in the fourteen (14) days after it was issued.  On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant was found to be competent to enter a plea. Defendant understood his constitutional rights.  He is aware of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds that the plea was entered knowingly, intelligently, and voluntarily. Defendant's plea of guilty is approved.

2

Therefore, Defendant is adjudged guilty of violating 33 U.S.C. § 1319(c)(1). The sentencing hearing will be scheduled by separate notice from the Clerk.

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus  -  June 2, 2011**</u>
**UNITED STATES DISTRICT JUDGE**